UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 01-Cr-1032 (SHS) |
| -v- | : | <u>ORDER</u> |
| TYRONE MINGO, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court has received Mr. Mingo's request to expunge the record of his conviction on the ground that he was having difficulty finding sustainable employment [Doc. No. 63]. The District Court lacks jurisdiction to consider Mr. Mingo's motion to expunge the records of a valid conviction. *See Doe v. United States*, 833 F.3d 192, 195 (2d Cir. 2016). Accordingly,

    IT IS HEREBY ORDERED that defendant's motion is dismissed for lack of jurisdiction.

Dated: New York, New York
       March 18, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.